IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BETH BARRY, | |
|                 Plaintiff, | 8:11CV188 |
| vs. | |
| HOTSHOT DELIVERIES, INC., a Nebraska corporation, | ORDER |
|                 Defendant. | |

The Court has been advised that the parties in this case have reached a settlement of their claims. Accordingly,

IT IS ORDERED:

1. On or before August 24, 2012, the parties shall file a joint stipulation for dismissal, or other dispositive stipulation, with the Clerk of the Court, and provide a copy to the Magistrate Judge and to United States District Judge John M. Gerrard, the trial judge to whom this case is assigned, together with submitting to the trial judge a draft order which will fully dispose of the case.

2. Absent compliance with this order, this case (including counterclaims and the like) may be dismissed without further notice.

3. This case is removed from the Court's trial docket upon representation by the parties that the case has settled.

4. The Clerk of the Court shall set a dismissal papers deadline of August 24, 2012.

Dated this 24th day of July, 2012.

BY THE COURT:

_____
John M. Gerrard
United States District Judge