IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BETH BARRY,<br><br>                Plaintiff,<br><br>vs.<br><br>HOTSHOT DELIVERIES, INC.,<br>a Nebraska corporation,<br><br>                Defendant. | 8:11CV188<br><br>JUDGMENT |

    Upon the parties' joint stipulation for dismissal with prejudice (filing 51), this matter is dismissed with prejudice, each party to bear its own costs.

    Dated this 20th day of August, 2012.

                                  BY THE COURT:

                                  _____
                                  John M. Gerrard
                                  United States District Judge